BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 16 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LUIS G. MORAN

    Defendant(s).
_____/

COURT NO: 93A30161

DEFAULT JUDGMENT

**ENTERED**
CLERK, U.S. DISTRICT COURT
JUN 16 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from LUIS G. MORAN

the sum of $2,661.64 as principal, $1,792.55 as accrued prejudgment interest, $140.00 administrative charges, and $48.00 costs, plus $466.16 attorney fees for a total amount of $5,108.35, plus interest from JUNE 09, 1993 at the rate of $.58 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUN 16 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

*R. L. BYER*

By: _____
    Deputy Clerk